UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT CR 09-292 RHK/AJB |
| ) | |
| Plaintiff, ) | (18 U.S.C. § 1001) |
| ) | |
| v. ) | |
| ) | |
| ABDOW MUNYE ABDOW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(False Statements)

On or about October 8, 2009, in the State and District of Minnesota, in a matter within the jurisdiction of the executive branch of the Government of the United States, and in an offense involving international terrorism,

**ABDOW MUNYE ABDOW,**

did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation to agents of the Federal Bureau of Investigation ("FBI"), in violation of Title 18, United States Code, Section 1001(a)(2); that is, when asked if anyone else was traveling with him and another named male ("Passenger 1") during a drive from Minnesota to Las Vegas, the Defendant told agents that it was just him and Passenger 1, when, in fact, there were four individuals traveling with the Defendant.

SCANNED
OCT 1 3 2009
U.S. DISTRICT COURT MPLS

OCT 1 3 2009
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____

<u>United States v. Abdow Munye Abdow</u>

## COUNT 2
(False Statements)

On or about October 8, 2009, in the State and District of Minnesota, in a matter within the jurisdiction of the executive branch of the Government of the United States, and in an offense involving international terrorism,

**ABDOW MUNYE ABDOW,**

did knowingly and willfully make a false, fraudulent, and fictitious material statement and representation to agents of the FBI, in violation of Title 18, United States Code, Section 1001(a)(2); that is, when asked who paid for the rental car in which he was riding from Minnesota to Las Vegas, the Defendant told agents he did not know if he paid for it, when, in fact, he used his debit card to pay for the rental car.

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON