Filed By The Clerk

UNITED STATES DISTRICT COURT

FOR

DISTRICT OF MINNESOTA

U.S.A. vs.: Abdow Munye Abdow   Docket No.: 09CR292 (05-JMR/SRN)

**Petition for Action on Conditions of Pretrial Release**

**COMES NOW** Nicole J. Schroden Pretrial Services Officer, presenting an official report upon the conduct of defendant Abdow Munye Abdow and who was placed on pretrial release supervision by the Honorable Janie S. Mayeron sitting in the Court at St. Paul Minnesota, on the 13th day of October 2009, under the following special conditions (in part):

Defendant shall reside at a halfway house or community corrections center, as the pretrial services officer or supervising officer considers necessary.

**RESPECTFULLY PRESENTS PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 14, 2009, defendant entered into the halfway house and has complied with all rules and regulations. Since that time, this officer has maintained contact with defendant's family members and is permitted to reside at an approved residence in Chanhassen, Minnesota. After having communicated with both counsel, Frederick Goetz and W. Anders Folk, the following modification is respectfully recommended and is unopposed. **PRAYING THE COURT WILL ORDER that defendant's conditions of release be modified to vacate the halfway house requirement and impose the following:**

Defendant shall be ordered to participate in radio frequency location monitoring and abide by all curfew program requirements including instructions as provided by the U.S. Pretrial Services Office related to proper operation of the technology. Defendant shall remain under home incarceration with exception of employment or other approved activities as directed by U.S. Pretrial Services until such time as the location monitoring equipment can be properly installed. All other conditions of release shall remain in effect.

ORDER OF THE COURT

Considered and ordered this 27th day of October, 2009, and ordered filed and made a part of records in the above case.

_Susan Richard Nelson_

**Honorable Susan Richard Nelson**
**U.S. Magistrate Judge**

I declare under penalty of perjury that the foregoing is true and correct.

_signature_

Nicole J. Schroden
U.S. Pretrial Services Officer

Date: October 27, 2009

SCANNED
OCT 2 7 2009
U.S. DISTRICT COURT MPLS