UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
09 CR 292 (JMR/SRN)

United States of America,

        Plaintiff,        Objection to Magistrate's
                                    Report and Recommendation

v.

Abdow Munye Abdow,

        Defendant.

    Defendant Abdow objects to the portion of the Magistrate's Report and Recommendation recommending denial of his motion to suppress the evidence seized as a result of Abdow's stop, including the awareness the troopers gained of his identity.

    For the reasons stated in the accompanying Memorandum of Law, the inconsistencies and implausibilities in the troopers' testimonies made it unreasonable as a matter of law for the Magistrate to believe that the troopers stopped Abdow for speeding, and not some reason that by itself did not permit a stop, such as Abdow's and/or the other occupants, ages, genders, or race. The Memorandum cites errors and inconsistencies in the Magistrate's factual findings that undermine the rationality of finding that the troopers were credible and Abdow was not, and points out arguments that Abdow made that show the troopers were not credible but which the

Magistrate did not address.

March 8, 2010                              s/Earl P. Gray
                                           Earl P. Gray 37072
                                           332 Minnesota St.
                                           Suite W-1610
                                           St. Paul, MN 55101
                                           (651) 223-5175

                                           Attorney for Defendant