U.S. District Court

14E, 300 South 4th Street
Minneapolis, MN  55415
612-664-5053
Fax: 612-664-5154
Email: Rosenbaum_Chambers@mnd.uscourts.gov

May 3, 2010

COUNSEL OF RECORD

RE:   Cr. 09-292 JMR/ARN                    USA v. Abdow Munye Abdow

Dear Counsel,

Please be advised that Judge James M. Rosenbaum has scheduled a change of plea hearing in the above-styled case for **May 4, 2010 at 3:00 p.m.**

Please submit the plea agreement to the following e-mail address: rosenbaum_chambers@mnd.uscourts.gov.  Please call if you have any questions.  Thank you.

Sincerely,

s/Heather Walker
Heather Walker, Calendar Clerk to
Judge James M. Rosenbaum
Ph.#612-664-5053
Fax #612-664-5154
e-mail  Heather_Walker@mnd.uscourts.gov


cc:      AUSA
         Defendant's counsel
         Probation & Pretrial Services Office