UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Crim. No. 09-292 (JMR/SRN)

**RECEIVED**
MAY 04 2010
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | (18 U.S.C. § 1512(c)(2)) |
| | ) | |
| v. | ) | |
| | ) | |
| ABDOW MUNYE ABDOW, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Obstruction of Justice)

On or about October 8, 2009, in the State and District of Minnesota, the defendant,

**ABDOW MUNYE ABDOW,**

did knowingly, intentionally, and corruptly obstruct and impede official proceedings, that is, an FBI investigation and a federal grand jury investigation into ethnic Somali males traveling from Minnesota to Somalia, by making the following false statements to two special agents of the FBI: that he had traveled from Minnesota to Las Vegas, Nevada, and back; that he did not know the names of the occupants of the vehicle in which he was riding; and that he did not know who had paid for the rental car. In truth, the defendant had driven from Minnesota to San Diego, California, with four other passengers and had dropped off three of the passengers in San Diego; the defendant knew the names or nicknames of the

SCANNED
MAY 04 2010
U.S. DISTRICT COURT MPLS

FILED MAY 0 4 2010
RICHARD D. SLETTEN
JUDGMENT ENTD _____
DEPUTY CLERK _____

United States v. Abdow Munye Abdow

occupants of the vehicle; and the defendant knew who had paid for the rental vehicle because he had provided his debit card to a person known to the government to be used to rent the vehicle. The defendant agrees that the official proceedings, that is, an FBI investigation and a federal grand jury investigation, were reasonably foreseeable to him at the time he made the false statements to the FBI agents.

                                      B. TODD JONES
                                      United States Attorney

                                      BY: W. ANDERS FOLK
                                      Assistant U.S. Attorney
                                      Attorney ID No. 311388

                                      BY: WILLIAM M. NARUS
                                      Trial Attorney
                                      U.S. Department of Justice