UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
09-CR-292(01)(JMR/SRN)

United States of America          )
                                  )
              v.                  )          ORDER
                                  )
Abdow Munye Abdow                 )

Defendant objects to the Report and Recommendation, issued February 22, 2010 [Docket No. 59], by the Honorable Susan R. Nelson, United States Magistrate Judge.  The Report recommended denying defendant's motions for suppression of evidence. Defendants' objections to the Report were timely filed pursuant to Local Rule 72.2.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1.  Defendant's Motion to Suppress Government Interception of Wire or Oral Communications is denied as moot [Docket No. 37].

2.  Defendant's Motion to Suppress Evidence is denied [Docket No. 39].

3.  Defendant's Motion to Suppress Statements [Docket No. 38] is withdrawn by counsel.

Dated:  May 6, 2010
Nunc Pro Tunc: May 4, 2010

                         s/ JAMES M. ROSENBAUM
                         JAMES M. ROSENBAUM
                         United States District Judge