UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

**ORDER**
Crim. No. 09-292

Abdow Munye Abdow,

    Defendant.

_____

This matter is before the Court on Defendant's request for early termination of supervised release. Based on the files, record and proceedings herein, the request will be denied.

IT IS HEREBY ORDERED that Defendant's Request for Early Termination of Supervised Release is DENIED.

Date: May 29, 2013

                      s/Michael J. Davis
                      Michael J. Davis
                      Chief Judge
                      United States District Court